UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _Cas_ D.C.

2005 JUL 13 PM 1:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.  05-20239 |
| vs. ) | |
| ) | |
| CALVIN MONROE ) | |
| ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>CALVIN MONROE, DOB: 10/20/1979, BOOKING #: 05112156</u>, now being detained in the Criminal Justice Center, 201 Poplar Ave., Memphis, TN, appear before the Honorable Diane K. Vescovo on Monday, July 18th, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this <u>13th</u> day of July, 2005.

_____
E. GREG GILLULY, JR.
Special Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY CRIMINAL JUSTICE CENTER, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have <u>CALVIN MONROE, DOB: 10/20/1979, BOOKING #: 05112156</u>, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this <u>13th</u> day of July, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-14-05

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20239 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT