IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV -2 AM 11: 21
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>VS.<br><br>CALVIN MONROE,<br>    Defendant. | CR. NO. 05-20239-B |

### ORDER ON CHANGE OF PLEA AND SETTING

    This cause came on to be heard on November 1, 2005, the United States Attorney for this district, Stephanie Johnson, appearing for the Government and the defendant, Calvin Monroe, appearing in person and with counsel, Edwin Perry, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **THURSDAY, FEBRUARY 2, 2006, at 9:00 A.M., before Judge J. Daniel Breen.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 2ⁿᵈ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20239 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT