IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20239-B |
| CALVIN MONROE, | * | |
| Defendant. | * | |

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE SENTENCING DATE

For good cause shown, the Court hereby **GRANTS** the defendant's motion to continue the sentencing date.

The sentencing hearing is hereby **RESET** for the 26th of January, 2006 @ 9:00 a.m.

It is so **ORDERED**.

This, the 19th day of December 2005.

Honorable J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20239 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT